# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00577-CV

**Appellants, Lewis S. Christian, Jr.; Mark E. Morgan, Sr.; and South Texas Urgent Care Center Corp.// Cross-Appellant, Monroe Medical Management, Inc.**

**v.**

**Appellee, Monroe Medical Management, Inc.// Cross-Appellees, Lewis S. Christian, Jr.; Mark E. Morgan, Sr.; and South Texas Urgent Care Center Corp.**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-11-003758, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for Lewis S. Christian, Jr.; Mark E. Morgan, Sr.; and South Texas Urgent Care Center Corp. and counsel for Monroe Medical Management, Inc. have filed a joint motion to abate this appeal, permitting the parties to continue negotiation of a final settlement agreement.

We grant the parties' motion and abate the appeal until February 12, 2013. *See* Tex. R. App. P. 42.1(a)(2)(C). If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting any necessary extension of the abatement.

Before Justices Puryear, Pemberton and Rose

Abated

Filed:   January 11, 2013